UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WENDI MONTOYA,

            Plaintiff,

  v.

VOYA RETIREMENT INSURANCE ANNUITY COMPANY, et al.,

           Defendants.

CASE NO. 2:21-cv-00696-RAJ-BAT

**ORDER EXTENDING RESPONSIVE PLEADING DEADLINE**

Based on the Stipulation of the parties (Dkt. 41) and for good cause shown, the Court **ORDERS** that the deadline of Voya Insurance and Annuity Company; Voya Retirement Insurance and Annuity Company; Voya Financial Partners, LLC; Voya Financial Advisors, Inc; Voya Institutional Plan Services, LLC; Voya Insurance Solutions, Inc.; Voya Retirement Advisors, LLC; Voya Investment Management Co., LLC; Voya Services Company; and Voya Benefits Company LLC (the "VOYA entities"), to move, plead or otherwise respond to Plaintiff's First Amended Complaint shall be extended from November 16, 2021 to **November 19, 2021**.

DATED this 17th day of November, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER EXTENDING RESPONSIVE
PLEADING DEADLINE - 1