UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDI MONTOYA,<br><br>                Plaintiff,<br><br>   v.<br><br>VOYA INSURANCE AND ANNUITY COMPANY, a Connecticut Corporation; VENERABLE INSURANCE AND ANNUITY COMPANY, an Iowa Corporation; VOYA RETIREMENT INSURANCE AND ANNUITY COMPANY, a Connecticut Corporation; VOYA FINANCIAL PARTNERS, LLC, a Delaware Limited Liability Company; VOYA FINANCIAL ADVISORS, INC, a Minnesota Corporation; VOYA INSTITUTIONAL PLAN SERVICES, LLC, a Delaware Limited Liability Company; VOYA INSURANCE SOLUTIONS, INC., a Connecticut Corporation; VOYA RETIREMENT ADVISORS, LLC, a New Jersey Company; VOYA INVESTMENT MANAGEMENT CO., LLC, a Delaware Limited Liability Company; VOYA SERVICES COMPANY, a Delaware Corporation; VOYA BENEFITS COMPANY LLC, a Delaware Limited Liability Company; FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY LLC, a Massachusetts Limited Liability Company; FIDELITY DISTRIBUTORS COMPANY | CASE NO. 2:21-cv-00696-RAJ-BAT<br><br>**ORDER GRANTING DISMISSAL OF VOYA DEFENDANTS** |

ORDER GRANTING DISMISSAL OF VOYA
DEFENDANTS - 1

LLC, a Delaware Limited Liability Company; and FIDELITY BROKERAGE SERVICES, LLC, d/b/a FIDELITY BROKERAGE SERVICES (WASHINGTON) LLC, a Delaware Limited Liability Company,

          Defendants.

Pursuant to the Stipulation of Plaintiff Wendi Montoya and Defendants Voya Insurance and Annuity Company; Voya Retirement Insurance and Annuity Company; Voya Financial Partners, LLC; Voya Financial Advisors, INC.; Voya Institutional Plan Services, LLC; Voya Insurance Solutions, Inc.; Voya Retirement Advisors, LLC; Voya Investment Management Co., LLC; Voya Services Company; and Voya Benefits Company LLC ("Voya Defendants") (Dkt. 44) and based upon the representations made by Melissa O'Donnell in her declaration (Dkt. 45), it is **ORDERED** that the Voya Defendants are dismissed from this action without prejudice and without costs to any party.

DATED this 22nd day of November, 2021.

                                        _____
                                        RICHARD A. JONES
                                        United States District Court Judge