UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDI MONTOYA,<br><br>                    Plaintiff,<br><br>     v.<br><br>VOYA INSURANCE AND ANNUITY COMPANY, VENERABLE INSURANCE AND ANNUITY COMPANY, VOYA RETIREMENT INSURANCE AND ANNUITY COMPANY, VOYA FINANCIAL PARTNERS LLC, VOYA FINANCIAL ADVISORS, INC, VOYA INSTITUTIONAL PLAN SERVICES LLC, VOYA INSURANCE SOLUTIONS INC, VOYA RETIREMENT ADVISORS, LLC, VOYA INVESTMENT MANAGEMENT CO LLC, VOYA SERVICES COMPANY, VOYA BENEFITS COMPANY LLC, FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY LLC, FIDELITY DISTRIBUTORS COMPANY LLC, FIDELITY BROKERAGE SERVICES LLC,<br><br>                    Defendants. | CASE NO. 2:21-cv-00696-RAJ-BAT<br><br>**~~PROPOSED~~ ORDER GRANTING MOTION TO DISMISS OF VENERABLE INSURANCE AND ANNUITY COMPANY** |

PROPOSED ORDER GRANTING
TO DISMISS OF VENERABLE INSURANCE
AND ANNUITY COMPANY - 1

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Defendant Venerable Insurance and Annuity Company's Motion to Dismiss (Dkt. 30) is **GRANTED**; Plaintiff's First Amended Complaint is **DISMISSED with prejudice**.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 11th day of January, 2022.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge